**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Wade B. COOK, Defendant—Appellant.**

No. 07–30446.

United States Court of Appeals,
Ninth Circuit.

March 12, 2008.*

Filed March 18, 2008.

Kurt P. Hermanns, Esq., Office of the U.S. Attorney, Tacoma, WA, Helen J. Brunner, Esq., Robert Henry Westinghouse, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Angelo J. Calfo, Esq., Jordan Gross, Esq., Yarmuth Wilsdon Calfo, PLLC, Seattle, WA, for Defendant–Appellant.

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

### MEMORANDUM **

This an appeal of a district court order dated November 9, 2007 denying appellant's motion to strike certain proposed conditions of release while free on bail pending appeal.

Appellant's motion for stay pending appeal of the district court's order is denied

and we summarily affirm the district court's judgment denying appellant's motion to strike certain proposed conditions of release while free on bail pending appeal. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (the questions raised in this appeal are so insubstantial as not to require further argument.)

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.